1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Richard Carden

7

FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RICHARD CARDEN,                      ) Case No.: 13-cv-03856-E
                                         )
12          Plaintiff,                   ) {PROPOSED} ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                              ) ATTORNEY FEES AND EXPENSES
                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting            ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,     ) U.S.C. § 1920
15                                       )
            Defendant                    )
16  _____ )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

    Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $5,200.00 as
20
    authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the
21
    Stipulation.
22
    DATE: 5/13/14
23
24  THE HONORABLE CHARLES F. EICK
    UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Denise Bourgeois Haley*

4 | Denise Bourgeois Haley
Attorney for plaintiff Richard Carden

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26